# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 13MJ2732 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Carlos Hernandez | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/22/13__ the Court entered the following order:

8 USC 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

✓ __ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ __ Defendant released on $ __10,000 P/S__ bond posted.

✓ __ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

✓ __ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case dismissed.

___ Case dismissed, charges pending in case no. _____

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other. _____

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
Deputy Clerk

Received _____
DUSM

R. ANDREWS    U.S. GPO: 1999-783-398/40151

Crim-9    (Rev. 8-11)

CLERK'S COPY