FILED

AUG 20 2013

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR 3057-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| CARLOS HERNANDEZ (1), ~~KRISTAL GONZALEZ (2)~~, AJG | |
| Defendants. CH | |

The United States Attorney charges:

On or about July 16, 2013, within the Southern District of California, defendants CARLOS HERNANDEZ ~~and KRISTAL GONZALEZ~~ AJG CH, knowing and in reckless disregard of the fact that an alien, namely, Steve Flores-Hernandez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 7-29-13.

LAURA E. DUFFY
United States Attorney

CARLA J. BRESSLER KEEHN
Assistant U.S. Attorney

CJB:jam:San Diego
7/22/13