AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
CARLOS HERNANDEZ

**WARRANT FOR ARREST**

FILED
AUG 29 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13CR3057

CASE NUMBER: 13MJ2732 JMA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CARLOS HERNANDEZ_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [X] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

DEFENDANT FAILED TO APPEAR BEFORE JUDGE [illegible] 8/14/13 AT 9:30 AM.

DATE: 8/14/2013
ARRESTED BY: Sgt. Surrender
San Diego CA
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title _____See Above_____ United States Code, Section(s) _____

HON. BARBARA L. MAJOR | U.S. MAGISTRATE JUDGE
Name of Issuing Officer | Title of Issuing Officer

[signature] | 8/14/13 SAN DIEGO CA
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____NO BAIL_____ by _____HON. BARBARA L. MAJOR_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |