# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 13CR 3057-JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| CARLOS HERNANDEZ | ) | Booking No. 40364298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/4/2014__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____X_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Barbara Lynn Major
UNITED STATES MAGISTRATE JUDGE
OR
JOHN MORRILL   Clerk
by
   Deputy Clerk

Received _____ DUSM

Crim-9   (Rev. 8-11)
☆ U.S. GPO: 1996-783-398/40151

M. Behning

CLERK'S COPY